No. 89–6947. FOUNTAIN v. WEST POINT MILITARY ACADEMY ET AL. C. A. 6th Cir. Certiorari denied.

No. 89–6955. CUMBER ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 89–6974. DEMOS v. UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WASHINGTON; DEMOS v. UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON; and DEMOS v. UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON. C. A. 9th Cir. Certiorari denied.

No. 89–6997. HARRIS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 89–7020. SWARTZ v. INTERNAL REVENUE SERVICE ET AL. C. A. 8th Cir. Certiorari denied.

No. 89–7028. FRYHOVER v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 89–7039. WILLIAMS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 89–7054. DESPAIGNE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 89–7067. BARBER v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 89–7073. EVIDENTE v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 89–7078. FAULKNER v. GRAYSON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 89–7088. THOMPSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 89–7091. HANLEY, AKA HUNTLY v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 89–7093. HEREAU v. UNITED STATES. C. A. 8th Cir. Certiorari denied.